**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: | § |
| | § |
| LOPEZ, GABRIEL | § Case No. 10-03755 |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/31/2010 in Courtroom 744,
United States Courthouse
219 South Dearborn Street
Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/27/2010      By: /s/ Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: csimmons              Page 1 of 1                  Date Rcvd: Jul 28, 2010
Case: 10-03755                Form ID: pdf006             Total Noticed: 25

The following entities were noticed by first class mail on Jul 30, 2010.
db            +Gabriel Lopez,    3425 W. 37th Place,    Chicago, IL 60632-3301
aty           +Christina M Riepel,    Gregory K. Stern, P.C.,    53 West Jackson Blvd,    Suite 1442,
                Chicago, IL 60604-3536
aty           +Daniel Gonzalez,    Gonzalez Law Group, P.C.,    1904 S. Cicero,    Cicero, IL 60804-2545
aty           +Gina B Krol, ESQ,    Cohen & Krol,    105 West Madison Street #1100,    Chicago, IL 60602-4600
aty           +Gregory K Stern,    Gregory K. Stern, P.C.,    53 West Jackson Blvd.,    Suite 1442,
                Chicago, IL 60604-3536
aty           +James Hausler,    Gregory K Stern PC,    53 W Jackson Blvd Suite 1442,    Chicago, IL 60604-3536
aty           +Joseph E Cohen, Atty,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
aty           +Monica C O'Brien,    Gregory K. Stern, P.C.,    53 W Jackson Blvd Ste 1442,
                Chicago, IL 60604-3536
aty           +Yan Teytelman,    Cohen & Krol,    105 West Madison St.,    Suite 1100,    Chicago, IL 60602-4600
tr            +Barry A Chatz,    Arnstein & Lehr,    120 South Riverside Plaza Ste 1200,    Chicago, IL 60606-3910
15040612      +Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
15040613      +Chase,    201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
15040614       Chase,    Bank One Card Serv,    Westerville, OH 43081
15397911       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15040616      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
15040617      +Fifth Third Bank,    C/O Bankruptcy Dept, Mdropso5,    1850 East Paris,
                Grand Rapids, MI 49546-6210
15075543      +Fifth Third Bank,    PO BOX 829009,    Dallas, TX 75382-9009
15040618      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
15336610      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
15040619      +Peoples Bk Credit Card Services,    Attn: Bankruptcy,    Po Box 7092 Rccb 0680,
                Bridgeport, CT 06601-7092
15585408      +RBS Citizens,    480 Jefferson Blvd,    RJE 135,    Warwick RI 02886-1359
15040620      +Ubs Spec Svc/ubs Re Se,    PO Box 52708,    Irvine, CA 92619-2708
15040621      +Union Plus Credit Card,    PO BOX 17051,    Baltimore, MD 21297-1051
15040622      +Unvl/citi,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507

The following entities were noticed by electronic transmission on Jul 28, 2010.
15686729       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 29 2010 02:01:56
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15040615*      Chase,    Bank One Card Serv,    Westerville, OH 43081
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 30, 2010**                                **Signature:**  *Joseph Speetjens*