UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LOPEZ, GABRIEL | § | Case No. 10-03755 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/BARRY A. CHATZ_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Fifth Third Bank C/O Bankruptcy Dept, Mdropso5 1850 East Paris Grand Rapids, MI 49546 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ubs Spec Svc/ubs Re Se PO Box 52708 Irvine, CA 92619 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ, TRUSTEE | | | | | |
| BARRY A. CHATZ, TRUSTEE | | | | | |
| COHEN & KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Chase 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | | | | | |
| | Chase Bank One Card Serv Westerville, OH 43081 | | | | | |
| | Chase Bank One Card Serv Westerville, OH 43081 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Hsbc Bank Attn: Bankruptcy Po Box 5253 Carol Stream, IL 60197 | | | | | |

Case 10-03755 Doc 41 Filed 03/28/11 Entered 03/28/11 16:06:49 Desc Main
Document Page 6 of 10

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peoples Bk Credit Card Services Attn: Bankruptcy Po Box 7092 Rccb 0680 Bridgeport, CT 06601 | | | | | |
| | Union Plus Credit Card PO BOX 17051 Baltimore, MD 21297 | | | | | |
| | Unvl/citi Attn.: Centralized Bankruptcy Po Box 20507 Kansas City, MO 64195 | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000006 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000001 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000005 | RBS CITIZENS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-03755 | WER | Judge: EUGENE R. WEDOFF | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | LOPEZ, GABRIEL | | | Date Filed (f) or Converted (c): | 01/30/10 (f) |
| | | | | 341(a) Meeting Date: | 03/12/10 |
| For Period Ending: | 12/31/11 | | | Claims Bar Date: | 06/15/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. LOCATION: 3425 W. 37TH PLACE, CHICAGO IL VALUE PER | 51,192.00 | 0.00 | DA | 0.00 | FA |
| 2. BANK OF AMERICA CHECKING ACCOUNT | 75.00 | 75.00 | DA | 0.00 | FA |
| 3. BANCO POPULAR CHECKING ACCOUNT | 50.00 | 50.00 | DA | 0.00 | FA |
| 4. MISC HOUSEHOLD GOODS | 220.00 | 220.00 | DA | 0.00 | FA |
| 5. MISC ART OBJECTS | 120.00 | 120.00 | DA | 0.00 | FA |
| 6. PERSONAL CLOTHING | 50.00 | 50.00 | DA | 0.00 | FA |
| 7. PERSONAL JEWELRY | 80.00 | 80.00 | DA | 0.00 | FA |
| 8. JOINT TAX REFUND 50% EXEMPT $2704 | 5,408.00 | 5,408.00 | DA | 0.00 | FA |
| 9. EARNED INCOME CREDIT $615 100% EXEMPT | 615.00 | 615.00 | DA | 0.00 | FA |
| 10. 1998 CHEVERLOT MALIBU 90 K MILES VALUE PER NADA GU | 1,100.00 | 1,100.00 | DA | 0.00 | FA |
| 11. 2006 CHEVEROLOT MALIBU 32 K MILES VALUE PER KELLY | 14,090.00 | 14,090.00 | DA | 0.00 | FA |
| 12. 2004 CHEVERLOT TRAILBLAZER 60 KMILES VALUE PER KEL | 10,185.00 | 10,185.00 | DA | 7,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.37 | FA |
| TOTALS (Excluding Unknown Values) | $83,185.00 | $31,993.00 | | $7,000.37 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All assets administered; prepare TFR

Initial Projected Date of Final Report (TFR): 06/30/10     Current Projected Date of Final Report (TFR): 02/28/11

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 10-03755 -WER | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | LOPEZ, GABRIEL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6485 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2347 | | |
| For Period Ending: | 12/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/04/10 | 12 | GABRIEL LOPEZ | LIQUIDATION OF OTHER SCHEDULED ASSE | 1129-000 | 7,000.00 | | 7,000.00 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.12 | | 7,000.12 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.18 | | 7,000.30 |
| 07/13/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 7,000.37 |
| 07/13/10 | | Transfer to Acct #*******6553 | Final Posting Transfer | 9999-000 | | 7,000.37 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 7,000.37 | 7,000.37 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 7,000.37 | |
| Subtotal | 7,000.37 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,000.37 | 0.00 | |

Page Subtotals  7,000.37  7,000.37

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-03755 -WER | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | LOPEZ, GABRIEL | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6553  BofA - Checking Account |
| Taxpayer ID No: | *******2347 | | | |
| For Period Ending: | 12/31/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/13/10 | | Transfer from Acct #*******6485 | Transfer In From MMA Account | 9999-000 | 7,000.37 | | 7,000.37 |
| 08/31/10 | 003001 | BARRY A. CHATZ, TRUSTEE | TRUSTEE COMPENSATION PER 8/31/10 COURT ORDER | | | 1,471.04 | 5,529.33 |
| | | | Fees        1,450.04 | 2100-000 | | | |
| | | | Expenses         21.00 | 2200-000 | | | |
| 08/31/10 | 003002 | Cohen & Krol<br>105 West Madison Street<br>Suite 1100<br>Chicago, IL 60602 | ATTORNEY FOR TRUSTEE PER 8/31/10 COURT ORDER | 3210-000 | | 1,581.50 | 3,947.83 |
| 08/31/10 | 003003 | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000001, Payment 6.08908% | 7100-000 | | 355.99 | 3,591.84 |
| 08/31/10 | 003004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000002, Payment 6.08913% | 7100-000 | | 238.47 | 3,353.37 |
| 08/31/10 | 003005 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000003, Payment 6.08918% | 7100-000 | | 187.94 | 3,165.43 |
| 08/31/10 | 003006 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 6.08909% | 7100-000 | | 403.19 | 2,762.24 |
| * 08/31/10 | 003007 | RBS Citizens<br>480 Jefferson Blvd<br>RJE 135<br>Warwick RI 02886 | Claim 000005, Payment 6.08913% | 7100-004 | | 783.39 | 1,978.85 |
| 08/31/10 | 003008 | Fia Card Services, NA/Bank of America by American Infosource Lp As Its Agent | Claim 000006, Payment 6.08917% | 7100-000 | | 1,978.85 | 0.00 |

Page Subtotals     7,000.37     7,000.37

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 9)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-03755 -WER | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | LOPEZ, GABRIEL | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6553 BofA - Checking Account |
| Taxpayer ID No: | *******2347 | | |
| For Period Ending: | 12/31/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 01/06/11 | 003007 | PO Box 248809<br>Oklahoma City, OK 73124-8809<br>RBS Citizens<br>480 Jefferson Blvd<br>RJE 135<br>Warwick RI 02886 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -783.39 | 783.39 |
| 01/06/11 | 003009 | RBS Citizens<br>480 Jefferson Blvd<br>RJE 135<br>Warwick RI 02886 | UNSECURED CLAIM<br>RE-ISSUE OF ORIGINAL CHECK NO. 3007<br>ACCOUNT #5545 1401 0920 4268<br>CLAIM 5-1 | 7100-000 | | 783.39 | 0.00 |

```
                                COLUMN TOTALS              7,000.37    7,000.37         0.00
                       Less:  Bank Transfers/CD's          7,000.37        0.00
                                Subtotal                       0.00    7,000.37
                       Less:  Payments to Debtors                          0.00
                                Net                            0.00    7,000.37
```

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********6485 | 7,000.37 | 0.00 | 0.00 |
| BofA - Checking Account - ********6553 | 0.00 | 7,000.37 | 0.00 |
| | 7,000.37 | 7,000.37 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*